IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MERSEN USA EP CORP.,<br><br>                      Plaintiff,<br><br>    v.<br><br>BLOCK ENERGY LLC,<br><br>                      Defendants. | Civil Action No.<br><br><br>**COMPLAINT** |

Plaintiff Mersen USA EP Corp. ("Mersen"), by way of Complaint against defendant Block Energy LLC ("Block Energy"), alleges and seeks relief as follows:

**INTRODUCTION**

1. This dispute stems from a contract for the development and supply of a custom-designed power stack used in microgrid installations.

2. Pursuant to the parties' agreement and a related purchase order, Block Energy agreed, among other things, to: (i) purchase from Mersen units of an existing power stack model for $594,000.00; and (ii) cooperate with Mersen to jointly develop a redesigned power stack model, which Block Energy would then purchase from Mersen under a long-term supply agreement.

3. After Mersen manufactured and delivered to Block Energy an initial shipment of the existing power stack units, and Mersen spent many months investing time and resources to co-develop a redesigned power stack model, Block Energy defaulted under its contractual obligations and wrongfully ended the parties' relationship.

4. Among other things, Block Energy: (i) failed and refused to pay Mersen for the power stack units that Mersen delivered to Block Energy; (ii) improperly cancelled its order for

the remaining power stacks that Mersen stood ready and willing to deliver; and (iii) ceased all efforts to jointly develop with Mersen the redesigned power stack model, thereby precluding Mersen from obtaining a long-term supply contract for the redesigned model.

5.     Block Energy's misconduct is completely unjustified and has deprived Mersen of the benefit of its bargain under the parties' agreement.

6.     Through this action, Mersen seeks to recover the significant losses that it has sustained as a result of Block Energy's breach of its contractual obligations.

## THE PARTIES

7.     Mersen is an Ohio corporation that maintains its principal place of business at 274 Merrimac Street, Newburyport, Massachusetts 01950.

8.     Upon information and belief, Block Energy is a Delaware limited liability company that maintains its principal place of business at 702 North Franklin Street, Tampa Florida 33602. Upon further information and belief, the Block Energy's founder and chief executive officer, Robert Bennett, is a citizen of the State of Florida. Upon further information and belief, the member(s) of Block Energy are citizens of the State of Florida.

## JURISDICTION AND VENUE

9.     This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1332(a)(1). The amount in controversy exceeds $75,000.00, exclusive of interest and costs, and there is complete diversity of citizenship between Mersen and Block Energy.

10.    Venue properly lies in this court pursuant to 28 U.S.C. §1391(a) on the basis of a certain agreement between the parties providing, among other things, that actions arising out of or related to such agreement between the parties shall be brought and maintained in this Court.

## FACTUAL BACKGROUND

**A.     The Parties' Cooperation and Price Optimization Agreement**

11.     Mersen is an industry leader in the manufacture of fuses, laminated busbars, capacitors, cooling devices, power stacks and other related products and solutions in the field of power conversion and electrical protection.

12.     Block Energy is engaged in the business of developing new ways to deliver renewable energy to customers. Among other things, Block Energy has developed the BlockEnergy™ platform, a DC distributed renewable energy microgrid system.

13.     On or about May 2, 2023, Mersen and Block Energy entered into a Cooperation and Price Optimization Agreement (the "Agreement"). A copy of the Agreement is attached as **Exhibit A**.

14.     Pursuant to the Agreement, Mersen and Block Energy agreed, among other things, to co-develop power stacks and various selected components (such as heat sinks, fuses, busbar, and surge protection devices) specifically designed to fit in Block Energy's BlackBox™ used in microgrid installations (the "Emera Power Stack").

15.     Specifically, the Agreement provides that Mersen would produce, and Block Energy would purchase from Mersen under separate purchase orders, units of the Emera Power Stack P/N S100085 ("Emera Power Stack V3") at its current price of $3,300.00 for the first 500 units only. *See* Agreement at p.1, § C.

**B.     Block Energy's Purchase Order For 180 Units Of The Emera Power Stack V3**

16.     Pursuant to the Agreement, Block Energy submitted to Mersen purchase order number 372, dated May 10, 2023 (the "Purchase Order"), for the purchase of 180 units of the Emera Power Stack V3 at a price of $3,300.00 per unit, or $594,000.00 in total. A copy of the Purchase Order is attached as **Exhibit B**.

17. Except as otherwise expressly stated therein, the Purchase Order refers to and incorporates Mersen's General Terms and Conditions of Sale (the "Terms and Conditions"), which are attached to the Agreement as Exhibit 1.

18. The Terms and Conditions prohibit Block Energy from unilaterally cancelling a purchase order once it has been acknowledged by Mersen. Specifically, Section 2.4 of the Terms and Conditions states: "The cancellation before shipment of an PO which has been confirmed by [Mersen] shall be subject to [Mersen's] prior written approval."

19. Further, Section 5.2 of the Terms and Conditions provides that Block Energy "shall pay all invoices within thirty (30) days net from the date of invoice" and that Block Energy "shall reimburse [Mersen] for all costs incurred in collecting any late payments, including, without limitation, attorneys' fees."

20. The Terms and Conditions also state in Section 14.1 that its provisions, together with the accompanying purchase order/quotation/confirmation of sale/invoice, "embody the entire understanding between the Parties and supersede all previous agreements, understandings or representations whether in writing or orally regarding its subject matter. All agreed additions or modifications to these [Terms and Conditions] shall be made in writing and signed by duly authorized representatives of both Parties, failing which such modifications and amendments shall be deemed null and void."

21. By way of an Order Acknowledgment, dated November 28, 2023 (the "Order Acknowledgment"), Mersen confirmed Block Energy's Purchase Order for the purchase of 180 units of the Emera Power Stack V3 for a total of $594,000.00. A copy of the Order Acknowledgment is attached as **Exhibit C**.

22. In addition to attaching Mersen's Terms and Conditions, which again include Sections 2.4, 5.2 and 14.1 (discussed above), the Order Acknowledgment states: "The General

Conditions of Sale of Mersen are the only terms that apply to any order placed by the buyer to Mersen. Placing an order confirm that the buyer fully accepts these terms and conditions without reservation. Any contradictory or conflicting condition requested by the buyer will be unenforceable."

C.     **Mersen Invests Months Of Time And Resources To Perform Its Obligations Under The Agreement And Purchase Order**

23.    Pursuant to its obligations under the Agreement, Mersen spent many months investing time and resources to co-develop a new Emera Power Stack V4 at the Price Point Goal.

24.    Indeed, as evidenced in project review reports, dated July 13, 2023, September 6, 2023 and October 16, 2023, that Mersen prepared and sent to Block Energy, Mersen spent countless hours working on, among other things: (i) revisions to the power stack design, including changes to the LC filter board, the gate driver, the INEX board, the wire harness, and the countersinking of the heat sink; (ii) sourcing and selecting critical parts and technical components, such as SIC power modules, capacitors, inductors and gate drivers boards; (iii) supply chain and product delivery logistics; (iv) diagnosing and trouble-shooting fault detection and heat management issues; and (v) developing a testing protocol and having an initial protype developed by sometime in 2024.

25.    In addition, Mersen's representatives were collaborating with their counterparts at Block Energy as members of the steering committee and project committee to keep the power stack redesign project on track.

26.    Further, pursuant to the Purchase Order, Mersen manufactured and delivered to Block Energy an initial shipment of 20 Emera Power Stack V3 units, and Mersen stood ready and willing to supply the remaining 160 units that Block Energy had ordered.

27.    Moreover, as of December 2024, Block Energy acknowledged that the initial 20 Emera Power Stock V3 units supplied by Mersen were functional and working properly.

**D.     Block Energy Defaults Under Its Contractual Obligations And Improperly Seeks To End The Parties' Relationship**

28.     Approximately two months later, in February 2024, Block Energy notified Mersen that it was cancelling its order to purchase the remaining 160 Emera Power Stack V3 units under the Purchase Order.

29.     Block Energy wrongly claimed that it could do so based on emails between the parties that purportedly amended the terms of the Purchase Order, and because Block Energy alleged – without any basis – that there were functionality issues with the 20 Emera Power Stack V3 units that Mersen had previously delivered.

30.     At no time did Block Energy provide notice that it was terminating the Agreement based on some purported material breach by Mersen; Block Energy just unilaterally ended the parties' relationship, in direct violation of its contractual obligations under the Agreement and Purchase Order.

**E.     Block Energy Refuses To Pay Any Of Mersen's Invoices And Causes Significant Harm To Mersen**

31.     In connection with the 20 Emera Power Stack V3 units that Mersen manufactured and delivered to Block Energy under the Purchase Order, Mersen issued the following invoices, totaling $68,073.98: (i) invoice number 4746771, dated November 30, 2023 in the amount of $13,200.00; (ii) invoice number 4377229, dated December 8, 2023, in the amount of $30,433.84; (iii) invoice number 4381212, dated December 14, 2023, in the net amount of $23,100.00; (iv) invoice number 4385477, dated December 21, 1023, in the amount of $579.14; and (v) invoice number 4395630, dated January 11, 2024, in the amount of $761.00 (collectively, the "Invoices").

32.     Despite repeated demands by Mersen, Block Energy had failed and refused to pay any of the Invoices, as required under the Purchase Order.

33. Additionally, Block Energy's improper cancellation of its order for the remaining 160 Emera Power Stack V3 units under the Purchase Order has caused Mersen to incur additional losses of at least $521,926.02. Further, because the Emera Power Stack V3 is specific to Block Energy's microgrid system platform, the materials and components that Mersen acquired and customized for this order cannot be used for any products or customers.

## FIRST COUNT
### (Breach of Contract)

34. Mersen repeats the allegations of the foregoing paragraphs of this Complaint as if set forth at length herein.

35. Mersen and Block Energy are parties to the Agreement and the Purchase Order.

36. Pursuant to the Agreement, Block Energy agreed to purchase from Mersen, under separate purchase orders, units of the Emera Power Stack V3 at a price of $3,300.00 for the first 500 units only.

37. Pursuant to the Purchase Order, Block Energy agreed to purchase from Mersen 180 units of the Emera Power Stack V3 at a price of $3,300.00 per unit, or $594,000.00 in total, and to pay all invoices issued by Mersen within 30 days net.

38. Pursuant to the Agreement, Block Energy further agreed to cooperate and use its best efforts, experience and expertise to co-develop with Mersen the Emera Power Stack V4 through redesign of the Emera Power Stack V3, with the goal of reaching the Price Point Goal within the one-year term of the Agreement.

39. Mersen performed its obligations under the Agreement and/or Purchase Order by, among other things, manufacturing and delivering to Block Energy an initial shipment of 20 Emera Power Stack V3 units, and standing ready and willing to supply the remaining 160 units that Block Energy had ordered.

40. Block Energy breached its obligations under the Agreement and/or Purchase Order by, among other things: (i) failing and refusing to pay the Invoices that Mersen issued for the 20 Emera Power Stack V3 units that Mersen manufactured and delivered to Block Energy; and (ii) improperly cancelling its order for the remaining 160 Emera Power Stack V3 units under the Purchase Order.

41. As a direct and proximate result of Block Energy's breach of its contractual obligations, Mersen has sustained damages.

**WHEREFORE**, Mersen demands judgment against Block Energy for:

(a) Damages in an amount to be determined at trial, but not less than $594,000.00;

(b) Prejudgment interest;

(c) Post judgment interest;

(d) Costs of suit, including attorneys' fees, pursuant to Section 5.2 of the Terms and Conditions; and

(e) Such other and further relief as the Court deems just and equitable.

Dated: September 2, 2025
    New York, New York

SHERMAN ATLAS SYLVESTER
 & STAMELMAN LLP

/s/ Lauren C. Watson
Joshua S. Bratspies
Lauren C. Watson
1185 Avenue of the Americas, 3rd Floor
New York, New York 10036
 (212) 763-6464

*Attorneys for Plaintiff*
*Mersen USA EP Corp.*

4899-2706-3896, v. 1